# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marian A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-687-742

Effective date of
registration:

August 9, 2013

---

## Title

**Title of Work:** KHUMBA

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Khumba Film Pty. Ltd.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** South Africa

## Copyright claimant

**Copyright Claimant:** Khumba Film Pty. Ltd.

The Long House, Dreyersdal Farm, Bergvliet, Cape Town, 7945, South
Africa

## Rights and Permissions

**Organization Name:** Cinema Management Group

**Name:** Dene Anderberg

**Email:** cmg@cinemamanagementgroup.com          **Telephone:** 131-030-0995 9

**Address:** 8730 Wilshire Blvd.

Suite 416

Beverly Hills, CA 90211  United States

## Certification

**Name:** Dene Anderberg

**Date:** July 22, 2013

---

Registration #: PAU003687742
Service Request #: 1-967882581



Cinema Management Group, LLC
DenÃ© D Anderberg
8730 Wilshire Blvd
Suite 416
Beverly Hills, CA 90211

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|----|-----|------------------------|-----------|-----------|-----|--------|------|
| 1 | 24.12.90.250 | 4/23/14 11:05:03 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Elk Grove Village |
| 2 | 67.184.70.52 | 4/23/14 09:51:25 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Saint Charles |
| 3 | 71.194.172.78 | 4/23/14 04:35:46 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Batavia |
| 4 | 76.29.6.225 | 4/23/14 02:51:36 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 5 | 73.50.200.126 | 4/23/14 01:47:11 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 6 | 50.179.13.120 | 4/23/14 01:43:28 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Bloomingdale |
| 7 | 98.213.251.167 | 4/23/14 11:59:48 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 8 | 50.158.0.17 | 4/23/14 11:47:28 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Harvey |
| 9 | 98.193.110.13 | 4/23/14 10:33:51 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Joliet |
| 10 | 67.184.151.200 | 4/23/14 06:59:58 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Aurora |
| 11 | 73.51.101.217 | 4/23/14 03:22:19 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Deerfield |
| 12 | 24.1.203.81 | 4/23/14 02:59:35 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Skokie |
| 13 | 69.47.244.25 | 4/22/14 10:11:33 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | WideOpenWest | Illinois | Chicago |
| 14 | 50.158.58.47 | 4/22/14 01:33:17 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 15 | 68.51.83.17 | 4/22/14 12:34:27 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Bloomingdale |
| 16 | 98.228.185.146 | 4/22/14 07:35:51 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Dekalb |
| 17 | 50.165.238.125 | 4/22/14 04:57:12 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Schaumburg |
| 18 | 71.201.48.7 | 4/22/14 02:41:27 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Forest Park |
| 19 | 71.239.225.160 | 4/22/14 02:29:35 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Coal City |
| 20 | 50.179.50.189 | 4/22/14 02:24:08 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Glendale Heights |
| 21 | 50.179.171.194 | 4/22/14 12:43:52 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Berwyn |
| 22 | 98.253.29.195 | 4/21/14 11:17:07 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Northbrook |
| 23 | 73.50.237.184 | 4/21/14 10:35:26 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Plainfield |
| 24 | 24.15.80.2 | 4/21/14 09:58:30 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | West Chicago |
| 25 | 24.1.146.198 | 4/21/14 09:05:22 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Dolton |
| 26 | 76.29.44.250 | 4/21/14 07:58:18 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 27 | 76.29.68.95 | 4/21/14 05:53:17 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Cicero |
| 28 | 50.244.56.97 | 4/21/14 04:21:06 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Wheeling |
| 29 | 98.223.150.151 | 4/21/14 04:07:59 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 30 | 69.47.172.137 | 4/21/14 03:31:48 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | WideOpenWest | Illinois | Streamwood |
| 31 | 71.239.135.83 | 4/21/14 03:17:30 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Blue Island |
| 32 | 24.13.75.93 | 4/21/14 02:53:30 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Park Ridge |
| 33 | 67.167.209.149 | 4/21/14 11:08:56 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 34 | 67.175.141.151 | 4/21/14 09:36:10 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Gurnee |
| 35 | 98.228.96.128 | 4/21/14 08:59:38 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Wheaton |
| 36 | 68.57.231.59 | 4/21/14 06:42:32 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 37 | 24.15.153.49 | 4/21/14 03:05:06 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Plainfield |
| 38 | 98.212.224.187 | 4/21/14 02:25:44 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 39 | 68.58.7.214 | 4/21/14 01:47:12 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 40 | 98.227.84.148 | 4/21/14 01:38:47 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Sterling |
| 41 | 76.29.20.70 | 4/21/14 01:11:30 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Niles |
| 42 | 24.12.178.236 | 4/20/14 11:14:10 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |