UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Khumba Film Pty. LTD.,
                                  Plaintiff,
v.                                                        Case No.: 1:14–cv–06610
                                                          Honorable Charles R. Norgle Sr.
Does 1–42
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2014:

MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [7] is granted. Appearance on October 17, 2014, is not required to present this motion. Having reviewed and considered the motion and the complaint, along with the exhibits attached thereto, the court finds that there is good cause to permit Plaintiff to conduct limited discovery pursuant to Federal Rule of Civil Procedure 26(d)(1). Accordingly, Plaintiff is granted leave to serve Rule 45 subpoenas on Internet Service Providers ("ISPs") Comcast and Wide Open West to secure the names and addresses of Doe Defendants, identified on Exhibit B to the complaint by their IP addresses, (R. 1–1). It is further ordered that any information the ISPs disclose to Plaintiff in response to subpoenas may only be used by Plaintiff for the purpose of protecting its copyrights as set forth in its complaint. When serving the subpoenas, Plaintiff is required to include a copy of this order. If any ISP (or their subscribers) subpoenaed pursuant to this order wishes to object to or move to quash or modify the subpoena, it must do so pursuant to Rule 45. The subpoenaed ISPs shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.