IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KHUMBA FILM PTY. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 14-cv-06610 |
| ) | |
| HENRY GROSCH, ) | Judge Charles R. Norgle, Sr. |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
IN WHICH TO ANSWER**

NOW COMES Defendant Henry Grosch, by and through his attorneys, Antonelli Law Ltd., and moves this Court for additional time in which to answer the Complaint. In support of this motion, he states as follows:

1. The instant action was filed as a John Doe complaint on August 27, 2014.

2. Defendant was served on or around April 16, 2015.

3. Defendant respectfully requests an additional fourteen (14) days to answer or otherwise plead.

4. Defendant has not requested any prior extensions.

5. Before filing this motion, Defendant's counsel contacted Plaintiff's counsel Michael Hierl to discuss the relief requested in this motion. Plaintiff's counsel responded to Defendant's counsel via email on May 5, 2015, to state his client does not oppose this motion.

6. This Motion is not being made for purposes of delay.

WHEREFORE, Defendant Henry Grosch respectfully moves this Court to extend the time in which he has to answer the Complaint up to and including May 21, 2015.

        Respectfully submitted,

By:   /s/ Melissa Brabender
Melissa Brabender
Attorney for Defendant
Antonelli Law, Ltd.
35 East Wacker Drive, Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Facsimile: (888) 211-8624
E-Mail: mbrabender@antonelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, I electronically filed the foregoing UNOPPOSED MOTION FOR ADDITIONAL TIME IN WHICH TO ANSWER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**
Michael A. Hierl
Hughes Socol Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, IL 60602
312 580 0100
Email: mhierl@hsplegal.com


By:   /s/ Melissa Brabender           Date: May 7, 2015
      Melissa Brabender
      Attorney for Defendant
      35 East Wacker Drive, Suite 1875
      Chicago, IL 60601
      Telephone: (312) 201-8310
      Facsimile: (888) 211-8624
      E-Mail: mbrabender@antonelli-law.com