**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Khumba Film Pty. LTD.,

                      Plaintiff,

v.                                               Case No.: 1:14–cv–06610
                                                    Honorable Charles R. Norgle Sr.

Does 1–42, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 8, 2016:

      MINUTE entry before the Honorable Charles R. Norgle: Motion hearing held on 1/8/2016. Motion for default judgment is entered and continued to 1/29/2016 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.